# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| PAPIERFABRIK AUGUST KOEHLER AG,<br>　　　　Plaintiff - Appellant,<br>　v.<br><br>UNITED STATES,<br>　　　　Defendant-Appellee,<br><br>　and<br><br>APPLETON PAPERS, INC.,<br>　　　　Defendant-Appellee. | No. 2016-2425 |

## PLAINTIFF-APPELLANT'S PARTIAL CONSENT MOTION TO MODIFY THE CAPTION

Pursuant to Federal Circuit Rule 27 and the Practice Note to Rule 12, Plaintiff-Appellant Papierfabrik August Koehler SE ("Koehler") hereby moves to modify the caption in the above-captioned matter to reflect the Plaintiff-Appellant's and Defendant-Appellee's current names.

The case caption currently refers to Plaintiff-Appellant by its former name: Papierfabrik August Koehler AG.  Plaintiff-Appellant was known by this name during the U.S. Department of Commerce ("Commerce") proceeding that is at issue in this case.  Koehler has since changed its form of organization and is now known as Papierfabrik August Koehler SE.  Attached at **Exhibit 1** is the Federal Register notice issued by Commerce in a subsequent administrative proceeding of

the same antidumping order at issue in this case recognizing that Papierfabrik August Koehler SE is the successor-in-interest to Papierfabrik August Koehler AG.

The case caption also currently refers to Defendant-Appellee as Appleton Papers, Inc.  On May 13, 2013, Defendant-Appellee changed its name to Appvion, Inc.  Attached at **Exhibit 2** is a letter and accompanying press release submitted to the Court of International Trade in the underlying proceeding explaining this change.

Counsel for Koehler has conferred with counsel for all other parties in this case.  Counsel for the United States consents to this motion.  Counsel for Appvion Inc. states that it is unable to take a position with respect to this motion before it enters an appearance.

Koehler respectfully requests that the Court amend the caption so that Plaintiff-Appellant is identified as "Papierfabrik August Koehler SE."  Defendant-Appellee should likewise be identified as "Appvion, Inc."

Respectfully submitted,

/s/ F. Amanda DeBusk
F. Amanda DeBusk
    *Counsel of Record*
Matthew R. Nicely
John F. Wood
Eric S. Parnes
Lynn G. Kamarck
Hughes Hubbard & Reed LLP
1775 I Street, N.W., Suite 600
Washington, D.C. 20006
Tel: (202) 721-4600
Fax: (202) 729-4646

*Counsel for Plaintiff-Appellant*
Dated: August 8, 2016    *Papierfabrik August Koehler SE*

# EXHIBIT 1


Gulf of Alaska groundfish fisheries, arbitration system, monitoring, economic data collection, and cost recovery fee collection. Revision: the eligible crab community organization (ECCO) annual report has been moved from OMB Control No. 0648–0570.

*Affected Public:* Business or other for-profit organizations.

*Frequency:* Annually and on occasion.

*Respondent's Obligation:* Required to obtain or retain benefits.

This information collection request may be viewed at *reginfo.gov.* Follow the instructions to view Department of Commerce collections currently under review by OMB.

Written comments and recommendations for the proposed information collection should be sent within 30 days of publication of this notice to OIRA_Submission@omb.eop.gov or faxed to (202) 395–5806.

Dated: June 12, 2014.

**Gwellnar Banks,**
*Management Analyst, Office of the Chief Information Officer.*

[FR Doc. 2014–14206 Filed 6–17–14; 8:45 am]

**BILLING CODE 3510–22–P**

---

**DEPARTMENT OF COMMERCE**

**[Docket No. 140421355–4496–02]**

**Privacy Act New System of Records**

**AGENCY:** Department of Commerce.
**ACTION:** Notice; Commerce/Department-24, BusinessUSA Intellectual Hosting Service Application and Satisfaction Survey Records.

**SUMMARY:** The Department of Commerce (Commerce) publishes this notice to announce the effective date of a Privacy Act System of Records entitled Commerce/Department-24, BusinessUSA Intellectual Hosting Service Application and Satisfaction Survey Records. The notice of proposed amendment to this system of records was published in the **Federal Register** on May 13, 2014.

**DATES:** The system of records becomes effective on June 18, 2014.

**ADDRESSES:** For a copy of the system of records please mail requests to Efrain Gonzalez, Jr., BusinessUSA, U.S. Department of Commerce, Room 2830, 1401 Constitution Avenue NW., Washington, DC 20230.

**FOR FURTHER INFORMATION CONTACT:** Efrain Gonzalez, Jr., Chief Financial Officer/Chief Administrative Officer, BusinessUSA, 202–482–6407.

**SUPPLEMENTARY INFORMATION:** On May 13, 2014, the Department of Commerce published and requested comments on a proposed Privacy Act System of Records entitled Commerce/Department-24, BusinessUSA Intellectual Hosting Service Application and Satisfaction Survey Records (79 FR 92). No comments were received in response to the request for comments. By this notice, the Department is adopting the proposed system as final without changes effective June 18, 2014.

Dated: June 13, 2014.

**Brenda Dolan,**
*U.S. Department of Commerce, Freedom of Information and Privacy Act Officer.*

[FR Doc. 2014–14222 Filed 6–17–14; 8:45 am]

**BILLING CODE 3510–17–P**

---

**DEPARTMENT OF COMMERCE**

**International Trade Administration**

**[A–428–840]**

**Lightweight Thermal Paper From Germany: Final Results of Antidumping Duty Administrative Review; 2011–2012**

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** On December 16, 2013, the Department of Commerce (the Department) published the preliminary results of the administrative review of the antidumping duty order on lightweight thermal paper from Germany.[1] The period of review (POR) is November 1, 2011, through October 31, 2012. We invited interested parties to comment on the preliminary results. After reviewing the comments received and making one correction to the margin calculation program, we continue to find that Papierfabrik August Koehler SE (Koehler) did not make sales of subject merchandise at less than normal value. The final dumping margin for Koehler, listed below in the section entitled "Final Results of Review," is unchanged from the preliminary results. In addition, we find that Papierfabrik August Koehler SE is the successor-in-interest to Papierfabrik August Koehler AG.

**DATES:** Effective Date: June 18, 2014.

**FOR FURTHER INFORMATION CONTACT:** David Goldberger, AD/CVD Operations, Office II, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 14th Street and Constitution Avenue NW., Washington, DC 20230; telephone (202) 482–4136.

---

[1] *See Lightweight Thermal Paper from Germany; Preliminary Results of Antidumping Duty Administrative Review; 2011–2012,* 78 FR 78335 (December 26, 2013) (*Preliminary Results*).

**Background**

Since the publication of the *Preliminary Results,* the following events have occurred. In February 2014, the petitioner, Appvion, Inc., and Koehler each submitted case and rebuttal briefs. On March 13, 2014, we held both a public and a closed hearing hearing at the request of the petitioner.

The Department conducted this administrative review in accordance with section 751(a)(1) of the Tariff Act of 1930, as amended (the Act).

**Scope of the Order**

The merchandise covered by the order is lightweight thermal paper. The merchandise subject to the order is currently classified under the following Harmonized Tariff Schedule of the United States (HTSUS) subheadings: 3703.10.60, 4811.59.20, 4811.90.8000, 4811.90.8030, 4811.90.8040, 4811.90.8050, 4811.90.9000, 4811.90.9030, 4811.90.9035, 4811.90.9050, 4811.90.9080, 4811.90.9090, 4820.10.20, and 4823.40.00. Although the HTSUS numbers are provided for convenience and customs purposes, the written product description, available in the *Order,* remains dispositive.[2]

**Analysis of Comments Received**

All issues raised in the case and rebuttal briefs by parties are addressed in the memorandum entitled, "Issues and Decision Memorandum for the Final Results of the 2011–2012 Administrative Review on Lightweight Thermal Paper from Germany" (Issues and Decision Memo), which is dated concurrently with, and adopted by, this notice. A list of the issues which parties raised and to which we respond in the Issues and Decision Memo is attached to this notice as Appendix I. The Issues and Decision Memo is a public document and is on file electronically via Enforcement and Compliance's Antidumping and Countervailing Duty Centralized Electronic Service System (IA ACCESS). IA ACCESS is available to registered users at *http://iaaccess.trade.gov* and is available to all parties in the Central Records Unit (CRU), room 7046 of the main Department of Commerce building. In addition, a complete version of the Issues and Decision Memo can be

---

[2] For a complete description of the scope, *see Antidumping Duty Orders: Lightweight Thermal Paper from Germany and the People's Republic of China,* 73 FR 70959 (November 24, 2008) (*Order*). *See also Preliminary Results* and accompanying Decision Memorandum for Preliminary Results of Antidumping Duty Administrative Review: Lightweight Thermal Paper from Germany (Preliminary Decision Memorandum).

accessed directly on the Internet at *http://enforcement.trade.gov/frn/*. The signed Issues and Decision Memo and the electronic version of the Issues and Decision Memo are identical in content.

### Final Results of the Review

As a result of this review, we determine that the following weighted-average dumping margin exists for the period November 1, 2011, through October 31, 2012.

| Manufacturer/exporter | Percent margin |
|---|---|
| Papierfabrik August Koehler SE ... | 0.00 |

### Disclosure

We intend to disclose the calculations performed within five days of the date of publication of this notice to parties in this proceeding in accordance with 19 CFR 351.224(b).

### Assessment Rates

The Department will determine, and U.S. Customs and Border Protection (CBP) shall assess, antidumping duties on all appropriate entries, in accordance with 19 CFR 351.212(b). The Department intends to issue appropriate assessment instructions directly to CBP 15 days after publication of these final results of review. Because we have calculated a zero margin for Koehler in the final results of this review, we will instruct CBP to liquidate the appropriate entries without regard to antidumping duties.

The Department clarified its "automatic assessment" regulation on May 6, 2003. *See Antidumping and Countervailing Duty Proceedings: Assessment of Antidumping Duties,* 68 FR 23954 (May 6, 2003) (*Assessment Policy Notice*). This clarification applies to entries of subject merchandise during the POR produced by Koehler for which it did not know that the merchandise was destined for the United States. In such instances, we will instruct CBP to liquidate unreviewed entries at the all-others rate effective during the POR if there is no rate for the intermediate company(ies) involved in the transaction. *See Assessment Policy Notice* for a full discussion of this clarification.

### Cash Deposit Requirements

The following cash deposit requirements will be effective for all shipments of lightweight thermal paper from Germany entered, or withdrawn from warehouse, for consumption on or after the publication date of the final results of this administrative review, as provided by section 751(a)(2)(C) of the Act: (1) For Koehler, the calculated weighted-average margin rate is 0.00 percent and, accordingly, no cash deposit will be required; (2) for previously reviewed or investigated companies not participating in this review, the cash deposit rate will continue to be the company-specific rate published for the most recent period; (3) if the exporter is not a firm covered in this review, a previous review, or the original less-than-fair-value investigation, but the manufacturer is, the cash deposit rate will be the rate established for the most recent period for the manufacturer of the merchandise; and (4) the cash deposit rate for all other manufacturers or exporters will continue to be 6.50 percent, the all-others rate established in the investigation.[3] These deposit requirements, when imposed, shall remain in effect until further notice.

### Notification to Importers

This notice also serves as a final reminder to importers of their responsibility under 19 CFR 351.402(f) to file a certificate regarding the reimbursement of antidumping duties prior to liquidation of the relevant entries during this review period. Failure to comply with this requirement could result in the Secretary's presumption that reimbursement of antidumping duties occurred and the subsequent assessment of double antidumping duties.

### Notification Regarding Administrative Protective Orders

This notice serves as the only reminder to parties subject to administrative protective order (APO) of their responsibility concerning the disposition of proprietary information disclosed under APO in accordance with 19 CFR 351.305(a)(3). Timely written notification of return or destruction of APO materials or conversion to judicial protective order is hereby requested. Failure to comply with the regulations and the terms of an APO is a sanctionable violation.

This administrative review and notice are published in accordance with sections 751(a)(1) and 777(i)(1) of the Act and 19 CFR 351.221.

---

[3] *See Order.*

Dated: June 11, 2014.
**Ronald K. Lorentzen,**
*Acting Assistant Secretary for Enforcement and Compliance.*

### Appendix I

### List of Topics Discussed in the Issues and Decision Memo

1. Exclusion of Certain Sales from Normal Value (NV) Calculations
2. Application of Adverse Facts Available (AFA) to Unreported U.S. Sales Quantity
3. Recalculation of Indirect Selling Expenses Incurred in the United States
4. Differential Pricing and Application of Average-to-Transaction Methodology
5. Ministerial Errors in Margin Calculation Program

[FR Doc. 2014–14243 Filed 6–17–14; 8:45 am]
**BILLING CODE 3510–DS–P**

---

### DEPARTMENT OF COMMERCE

### International Trade Administration

[A–583–008]

### Certain Circular Welded Carbon Steel Pipes and Tubes From Taiwan: Preliminary Results of Antidumping Duty Administrative Review; 2012–2013

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The Department of Commerce (the Department) is conducting an administrative review of the antidumping duty order on certain circular welded carbon steel pipes and tubes from Taiwan. The period of review (POR) is May 1, 2012, through April 30, 2013, and the review covers Shin Yang Steel Co., Ltd. (Shin Yang), a producer and exporter of subject merchandise. We preliminarily find that sales of the subject merchandise were not made at prices below normal value.

**DATES:** *Effective Date:* June 18, 2014.

**FOR FURTHER INFORMATION CONTACT:** Steve Bezirganian or Robert James, AD/CVD Operations, Office VI, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 14th Street and Constitution Avenue NW., Washington, DC 20230; telephone: (202) 482–1131 or (202) 482–0649, respectively.

**SUPPLEMENTARY INFORMATION:**

### Scope of the Order

The merchandise subject to the order is certain circular welded carbon steel pipes and tubes from Taiwan. The product is currently classified under the Harmonized Tariff Schedule of the United States (HTSUS) item numbers 7306.30.5025, 7306.30.5032,

# EXHIBIT 2

# KING & SPALDING

1700 Pennsylvania Avenue, N.W.
Washington, DC 20006-4706
Fax: 202/626-3737
www.kslaw.com

Gilbert B. Kaplan
Direct Dial: 202/661-7981
E-mail : gkaplan@kslaw.com

June 21, 2013

VIA ELECTRONIC FILING

The Honorable Tina Potuto Kimble
Clerk of the Court
U.S. Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re: Papierfabrik August Koehler AG v. United States,
Consol. Court. No. 12-00091

Dear Ms. Kimble:

On May 13, 2013 Defendant-Intervenor Appleton Papers Inc. changed its name to Appvion, Inc.[1] The company's corporate structure has not changed.

Please contact the undersigned if you have any questions.

Respectfully submitted,

/s/Gilbert B. Kaplan
Gilbert B. Kaplan
Daniel L. Schneiderman

Counsel for Defendant-Intervenor

---

[1] See attached press release, "Appleton Papers Announces Company Name Change to Appvion, Inc." (May 13, 2013).

20937985



## Appleton Papers Announces Company Name Change to Appvion, Inc.

*Appvion reflects the company's heritage of applied innovation.*

(Appleton, Wis., May 13, 2013) Appleton Papers announced today that the company changed its name to Appvion, Inc. The new name reflects the company's heritage of innovation in applying chemistry to paper and microencapsulation as a means to create value for its customers.

Commenting on the name change, Appvion's chairman, president and chief executive officer, Mark Richards, said, "Charles Boyd founded our company 106 years ago today with the belief that he could add value to paper by applying coatings to it. Since then, company employees have used their ingenuity and ability to adapt their expertise to new opportunities to prove that Mr. Boyd's idea was sound, profitable and enduring.

"Our company's success has been based on using applied chemistry to increase the performance of paper. More recently our expertise in microencapsulation has enabled us to partner with companies like Procter & Gamble to enhance the performance and value of a growing range of consumer and industrial products."

Richards added that while producing thermal, carbonless, security and other specialty coated papers will continue to be an important part of the company's product offering, adopting the name Appvion reflects the company's entry into diverse new markets and makes it clear that paper won't be the only component of the company's future success.

"We are proud of our company's heritage and our deep roots in the Appleton community," Richards said. "We believe our new name appropriately reflects the strengths on which our company was built and the diversification and growth we expect to achieve in the future."

**About Appvion, Inc.**
Appvion creates product solutions through its development and use of coating formulations, coating applications and Encapsys® microencapsulation technology. The company produces thermal, carbonless and security papers and Encapsys products. Appvion, headquartered in Appleton, Wisconsin, has manufacturing operations in Wisconsin, Ohio and Pennsylvania, employs approximately 1,700 people and is 100 percent employee-owned. For more information, visit www.appvion.com.

Media Contacts:    Bill Van Den Brandt
                   Appvion, Inc.
                   Senior Manager, Corporate Communications
                   920-991-8613  bvandenbrandt@appvion.com

825 East Wisconsin Avenue    P.O. Box 359    Appleton, WI    54912-0359    920-734-9841    appvion.com

16-2425

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

_____

PAPIERFABRIK AUGUST KOEHLER AG,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

_____

Appeal from the United States Court of International Trade,
Case No. 12-cv-00091, Chief Judge Timothy C. Stanceu

# CERTIFICATE OF INTEREST

Counsel for the appellant certifies the following:

1. The full name of every party or amicus represented by me is:

   Papierfabrik August Koehler SE.  Although the case caption indicates the party as Papierfabrik August Koehler AG, the company changed its form of organization in 2012 and is now known as Papierfabrik August Koehler SE. During the period of review and the period during which this administrative review was pending at Commerce, however, the company was known as Papierfabrik August Koehler AG.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Papierfabrik August Koehler SE.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

| **Hughes Hubbard & Reed LLP:** | **Drinker Biddle & Reath, LLP** |
|---|---|
| F. Amanda DeBusk | Alfred W. Putnam |
| Matthew R. Nicely | Dorothy Alicia Hickok |
| John F. Wood | Douglas John Heffner |
| Eric S. Parnes | Richard Preston Ferrin |
| Lynn G. Kamarck | William Silverman |
| Robert L. LaFrankie | Eric L. Johnson |
| Alexandra B. Hess | |

Respectfully submitted

/s/ F. Amanda DeBusk
F. Amanda DeBusk
    *Counsel of Record*
Matthew R. Nicely
John F. Wood
Eric S. Parnes
Lynn G. Kamarck
**Hughes Hubbard & Reed LLP**
1775 I Street, N.W.
Washington, D.C. 20006
Tel: (202) 721-4600
Fax: (202) 729-4646

*Counsel for Plaintiff-Appellant*
*Papierfabrik August Koehler SE*

Dated: August 8, 2016

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on    August 8, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| F. Amanda DeBusk | /s/ F. Amanda DeBusk |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Hughes Hubbard & Reed LLP |
| Address | 1775 I Street, NW, Suite 600 |
| City, State, Zip | Washington, DC 20006 |
| Telephone Number | (202) 271-4600 |
| Fax Number | (202) 721-4646 |
| E-Mail Address | amanda.debusk@hugheshubbard.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields