# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Papierfabrik August Koehler AG    v.    United States

No. 16-2425

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Papierfabrik August Koehler SE
                                      Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | John F. Wood |
| Law Firm: | Hughes Hubbard & Reed LLP |
| Address: | 1775 I Street, N.W., Suite 600 |
| City, State and Zip: | Washington, DC 20006 |
| Telephone: | (202) 721-4600 |
| Fax #: | (202) 721-4646 |
| E-mail address: | john.wood@hugheshubbard.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/10/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date Aug 8, 2016     Signature of pro se or counsel /s/ John F. Wood

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  August 8, 2016
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

F. Amanda DeBusk                                    /s/ F. Amanda DeBusk
**Name of Counsel**                                 **Signature of Counsel**

| | |
|---|---|
| **Law Firm** | Hughes Hubbard & Reed LLP |
| **Address** | 1775 I Street, NW, Suite 600 |
| **City, State, Zip** | Washington, DC 20006 |
| **Telephone Number** | (202) 271-4600 |
| **Fax Number** | (202) 721-4646 |
| **E-Mail Address** | amanda.debusk@hugheshubbard.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields