NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAPIERFABRIK AUGUST KOEHLER SE,**
*Plaintiff-Appellant*

v.

**UNITED STATES, APPVION, INC.,**
*Defendants-Appellees*

---

2016-2425

---

Appeal from the United States Court of International Trade in No. 1:12-cv-00091-TCS, Chief Judge Timothy C. Stanceu.

---

**ON MOTION**

---

**O R D E R**

The plaintiff-appellant moves to reform the caption to reflect the current names of the plaintiff-appellant and the defendant-appellee Appvion, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption and short caption are reflected above.

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s31