

Hughes Hubbard *&* Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: 202-721-4600
Fax: 202-721-4646
hugheshubbard.com

F. Amanda DeBusk
Direct Dial: 202-721-4790
amanda.debusk@hugheshubbard.com

August 12, 2016

**VIA ELECTRONIC FILING**

The Honorable Peter R. Marksteiner
Circuit Executive and Clerk of Court
United States Court of Appeals
  for the Federal Circuit
717 Madison Place, N.W.
Room 401
Washington, D.C. 20439

> **Re: Notice of Potential Conflict Issues in Case Nos. 2015-1489 and 2016-2425,** *Papierfabrik August Koehler SE v. United States et al.*

Dear Mr. Marksteiner:

Counsel for Plaintiff-Appellant Papierfabrik August Koehler SE ("Koehler") respectfully submits this letter to bring to the Court's attention a matter that the Court may want to consider for potential conflict of interest issues.

It has come to our attention that Devin Sikes, formerly an attorney in the Office of the Chief Counsel for Trade Enforcement & Compliance at the U.S. Department of Commerce ("Commerce"), currently serves as a law clerk to Judge Evan Wallach. We understand that Mr. Sikes worked at Commerce from August 2011 until June 2015. We write to inform the Court of facts regarding Mr. Sikes's potential involvement in the above-captioned matters that might not otherwise be apparent at this time.

Four of the undersigned Counsel for Plaintiff-Appellant attended a June 3, 2014 *ex parte* meeting at Commerce in connection with the second administrative review of Commerce's antidumping order with respect to lightweight thermal paper from Germany. Commerce's decision in that second administrative review is the subject of Case No. 2016-2425. Commerce's decision in the third administrative review is the subject of Case No. 2015-1489, which presents issues

The Honorable Peter R. Marksteiner
August 12, 2016

that are closely related to those raised by the appeal of Commerce's decision in the second administrative review. The June 3, 2014 meeting dealt specifically with one of Commerce's positions that is the subject of appeal in Case No. 2016-2425 and that is closely related to the issues raised in Case No. 2015-1489: the rejection of certain factual information and the application of adverse facts available. At that meeting, Koehler's counsel presented copies of the rejected factual information, but Mr. Sikes directed that the copies not be left with Commerce.

For reasons beyond our knowledge, Mr. Sikes's participation in the June 3, 2014 meeting was not recorded. Given this omission, there is reason to doubt the reliability of the record as an indicator of exactly what role Mr. Sikes played in the above-captioned cases while they were before Commerce. One of the issues in the decision currently on appeal is the legality and propriety of agency action, in particular the decision to reject our client's factual submissions. To the extent that Mr. Sikes may have played that role in connection with either or both of the above-captioned cases, the propriety of advice that he may have provided or positions that he may have formulated are directly at issue on this appeal.

We contacted counsel for the government to request that he inquire about the nature of Mr. Sikes's participation in either of the two above-captioned cases when they were before Commerce. Counsel for the government declined to make such an inquiry on the grounds that he believed the Court was capable of enforcing its own rules. We agree, of course, but knowledge of relevant facts can only assist the Court in doing so.

Of course, without knowledge of the precise nature of Mr. Sikes's role in the agency proceedings, we are not in a position to assess what, if any, implications there are under 28 U.S.C. § 455(a) (covering disqualifications). We have no doubt that, if he were to become involved in the above-captioned cases, Mr. Sikes would appropriately raise any potential conflicts that may exist. Given our understanding, however, that the Court may not yet have assigned panels to hear either of these cases, we thought it prudent to provide the Court with this information at this early stage so that the Court may make any inquiries or take any actions that it may deem appropriate.

The Honorable Peter R. Marksteiner
August 12, 2016

                                      Respectfully submitted,

                                      /s/ F. Amanda DeBusk
                                      F. Amanda DeBusk
                                      Matthew R. Nicely
                                      John F. Wood
                                      Eric S. Parnes
                                      Lynn G. Kamarck

                                      Hughes Hubbard & Reed LLP
                                      1775 I Street, N.W.
                                      Washington, DC 20006-2401
                                      Telephone: (202) 721-4600
                                      Facsimile: (202) 721-4646

                                      *Counsel for Plaintiff-Appellant*
                                      *Papierfabrik August Koehler SE*

cc:    All Counsel

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  August 12, 2016
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

| F. Amanda DeBusk | /s/ F. Amanda DeBusk |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Hughes Hubbard & Reed LLP |
| Address | 1775 I Street, NW |
| City, State, Zip | Washington, DC 20006 |
| Telephone Number | (202) 721-4600 |
| Fax Number | (202) 721-4646 |
| E-Mail Address | amanda.debusk@hugheshubbard.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields