# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Papierfabrik August Koehler SE  v.  United States

No. 16-2425

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Papierfabrik August Koehler SE
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Daniel M. Witkowski
Law Firm: Hughes Hubbard & Reed LLP
Address: 1775 I Street N.W. Suite 600
City, State and Zip: Washington, DC 20006
Telephone: 202-721-4799
Fax #: 202-721-4646
E-mail address: daniel.witkowski@hugheshubbard.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/03/2015

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):  ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date October 26, 2016   Signature of pro se or counsel /s/ Daniel M. Witkowski

cc: _____

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on October 26, 2016 by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| F. Amanda DeBusk | /s/ F. Amanda DeBusk |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Hughes Hubbard & Reed LLP |
| Address | 1775 I Street N.W., Suite 600 |
| City, State, Zip | Washington, DC 20006 |
| Telephone Number | 202-721-4600 |
| Fax Number | 202-721-4646 |
| E-Mail Address | amanda.debusk@hugheshubbard.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields